**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1738**

DONALD ROUSE,

    Plaintiff - Appellant,

  v.

DANA NESSEL, in her official and individual and personal capacity as the Attorney General for the State of Michigan; R. PAUL VIAR, in his official and individual and personal capacity as the Assistant Attorney General for the State of Michigan; DENNIS JAMES, in his official and individual and personal capacity as the Special Agent for the Attorney General's Office,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Donald C. Coggins, Jr., District Judge.  (8:22-cv-03800-DCC)

Submitted:  April 17, 2024        Decided:  June 5, 2024

Before GREGORY, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Rouse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Rouse appeals the district court's order and judgment agreeing in part with the magistrate judge's report and recommendation and dismissing Rouse's civil rights complaint against Michigan state officials.  We have carefully reviewed the record and see no reversible error. Accordingly, we affirm the district court's dismissal of Rouse's complaint.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*